United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Margaret Ann Martinez  
Francisco Martinez, Jr.  
    Debtors

Case No. 13-15628-mdc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: Virginia     Page 1 of 1     Date Rcvd: Oct 14, 2016  
Form ID: trc     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 16, 2016.  
13204691     +Citibank, N.A.,    701 East 60th Street North,    Sioux Falls, SD 57104-0493

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.     TOTAL: 0

    ***** BYPASSED RECIPIENTS *****  
NONE.     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 16, 2016                Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 13, 2016 at the address(es) listed below:  
    ALFRED ABEL    on behalf of Debtor Margaret Ann Martinez aa.law@alfredabellaw.com, G22350@notify.cincompass.com  
    ALFRED ABEL    on behalf of Joint Debtor Francisco Martinez, Jr. aa.law@alfredabellaw.com, G22350@notify.cincompass.com  
    ANDREW F GORNALL    on behalf of Creditor    OCWEN LOAN SERVICING, LLC agornall@kmllawgroup.com, bkgroup@kmllawgroup.com  
    United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
    WILLIAM C. MILLER    ecfemails@ph13trustee.com, philaecf@gmail.com  
    WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER ecfemails@ph13trustee.com, philaecf@gmail.com  
                                                                                                       TOTAL: 6

2100 B (12/15)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 13-15628-mdc
Chapter 13

In re: Debtor(s) (including Name and Address)

Margaret Ann Martinez
1713 Fitzwatertown Road
Willow Grove PA 19090

Francisco Martinez, Jr.
1713 Fitzwatertown Road
Willow Grove PA 19090

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 10/13/2016.

Name and Address of Alleged Transferor(s):

Claim No. 7: Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57117

Name and Address of Transferee:

LVNV Funding LLC
c/o Resurgent Capital Services
PO Box 10587
Greenville, SC   29603-0587

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   10/16/16

Tim McGrath
**CLERK OF THE COURT**