**Money Management**
INTERNATIONAL

14141 Southwest Freeway, Suite 1000 | Sugar Land, Texas 77478

MoneyManagement.org

**Date:** June 11, 2013

**To:** Mrs. Margaret A Martinez

**Re:** Margaret Martinez

**Client #:** 31728984-1

---

Attached is the information you requested. You will need Adobe Acrobat Reader to view this item. Please do not reply to this email. If you have any questions, please call 888.845.5669.

Sincerely,

Money Management International
Phone: 888.845.5669 | Fax: 888.812.5358

A Nonprofit Community Service Organization

Accredited by the
Council on Accreditation

Member of the
National Foundation for Credit Counseling

Member of the
Association of Independent Consumer Credit Counseling Agencies

Certificate Number: 01267-PAE-CC-021168726



01267-PAE-CC-021168726

# CERTIFICATE OF COUNSELING

I CERTIFY that on June 11, 2013, at 8:43 o'clock AM CDT, Francisco Martinez Jr. received from Money Management International, Inc., an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the Eastern District of Pennsylvania, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan was not prepared. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted by internet and telephone.

Date:    June 11, 2013                    By:    /s/Arlene Mathews

                                          Name:    Arlene Mathews

                                          Title:    Counselor

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).