United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                          Case No. 13-15628-mdc
Margaret Ann Martinez                                           Chapter 13
Francisco Martinez, Jr.
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: Randi           Page 1 of 2           Date Rcvd: Sep 18, 2018
                          Form ID: 138NEW       Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 20, 2018.
db/jdb         +Margaret Ann Martinez,   Francisco Martinez, Jr.,   1713 Fitzwatertown Road,
                 Willow Grove, PA 19090-4318
13086800        Bank Of America,   4060 Ogletown/stanton Rd,   Newark, DE   19713
13086801       +Bill Me Later,   PO Box 105658,   Atlanta, GA 30348-5658
13086802       +Chase,   P.o. Box 15298,   Wilmington, DE 19850-5298
13086803       +Citi,   Po Box 6241,   Sioux Falls, SD 57117-6241
13204691       +Citibank, N.A.,   701 East 60th Street North,   Sioux Falls, SD 57104-0493
13099830       +FIA CARD SERVICES, N.A.,   P O Box 982284,   El Paso, TX 79998-2284
13086806       +Ocwen Loan Servicing L,   3451 Hammond Ave,   Waterloo, IA 50702-5345
13227362       +Ocwen Loan Servicing, LLC,   Attn: Bankruptcy Department,   1100 Virginia Drive, Suite 175,
                 Fort Washington, PA 19034-3278
13086807       +Td Bank Usa/targetcred,   Po Box 673,   Minneapolis, MN 55440-0673
13086808      ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
               (address filed with court:  Us Bank/na Nd,   4325 17th Ave S,   Fargo, ND  58125)
13086809       +Zale/cbna,   Po Box 6497,   Sioux Falls, SD 57117-6497

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Sep 19 2018 02:40:02     City of Philadelphia,
                 City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 19 2018 02:39:14
                 Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 19 2018 02:39:43     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
cr              E-mail/PDF: gecsedi@recoverycorp.com Sep 19 2018 02:52:01     GE Capital Retail Bank,
                 c/o Recovery Management Systems Corporat,   25 SE 2nd Avenue, Suite 1120,
                 Miami, FL  33131-1605
13102157        E-mail/Text: ebnbankruptcy@ahm.honda.com Sep 19 2018 02:39:30
                 American Honda Finance Corporation,   National Bankruptcy Center,   P.O. Box 168088,
                 Irving, TX 75016-8088,   866-716-6441
13086799        E-mail/Text: g20956@att.com Sep 19 2018 02:40:14     AT&T Mobility,   PO Box 537104,
                 Atlanta, GA  30353-7104
13108415       +E-mail/Text: g20956@att.com Sep 19 2018 02:40:14     AT&T Mobility II LLC,
                 % AT&T Services, Inc,   Karen Cavagnaro, Paralegal,   One AT&T Way, Room 3A104,
                 Bedminster, NJ 07921-2693
13086798       +E-mail/Text: ebnbankruptcy@ahm.honda.com Sep 19 2018 02:39:30     Am Honda Fin,
                 200 Continential Dr Ste,   Newark, DE 19713-4334
13100162        E-mail/Text: mrdiscen@discover.com Sep 19 2018 02:38:32     Discover Bank,
                 DB Servicing Corporation,   PO Box 3025,   New Albany, OH  43054-3025
13086804       +E-mail/Text: mrdiscen@discover.com Sep 19 2018 02:38:32     Discover Fin Svcs Llc,   Pob 15316,
                 Wilmington, DE 19850-5316
13086805       +E-mail/PDF: gecsedi@recoverycorp.com Sep 19 2018 02:52:32     Gecrb/lowes,   Po Box 965005,
                 Orlando, FL 32896-5005
13807230        E-mail/PDF: resurgentbknotifications@resurgent.com Sep 19 2018 02:51:44     LVNV Funding LLC,
                 c/o Resurgent Capital Services,   PO Box 10587,   Greenville, SC  29603-0587
13208908        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 19 2018 02:51:35
                 Portfolio Recovery Associates, LLC,   POB 41067,   Norfolk VA 23541
13095726        E-mail/PDF: rmscedi@recoverycorp.com Sep 19 2018 02:52:07
                 Recovery Management Systems Corporation,   25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
13133022       +E-mail/Text: bncmail@w-legal.com Sep 19 2018 02:39:30     TD BANK USA, N.A.,
                 C O WEINSTEIN AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
                                                                                              TOTAL: 15

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            LVNV Funding LLC,   c/o Resurgent Capital Services,   P.O. Box 10587,
                 GREENVILLE, SC   29603-0587
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0313-2          User: Randi              Page 2 of 2            Date Rcvd: Sep 18, 2018
                              Form ID: 138NEW          Total Noticed: 27
```

```
             ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 20, 2018                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 18, 2018 at the address(es) listed below:
              ALFRED     ABEL      on behalf of Debtor Margaret Ann Martinez aa.law@alfredabellaw.com,
               G22350@notify.cincompass.com
              ALFRED     ABEL      on behalf of Joint Debtor Francisco  Martinez, Jr. aa.law@alfredabellaw.com,
               G22350@notify.cincompass.com
              ANDREW F GORNALL      on behalf of Creditor    OCWEN LOAN SERVICING, LLC agornall@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              THOMAS I. PULEO      on behalf of Creditor    OCWEN LOAN SERVICING, LLC tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee     USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER     on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                             TOTAL: 7
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Margaret Ann Martinez and Francisco
Martinez, Jr.

        Debtor(s)                                   Bankruptcy No: 13−15628−mdc

                                                         Chapter: 13

_____

*NOTICE*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

   1. The Standing Chapter 13 Trustee has filed his final report and account.

   2. Any answer, objection, responsive pleading or request for hearing with regard to the discharge of the debtors, including any request to delay the entry of discharge pursuant to 11 U.S.C. §1328(h), must be filed in writing with the Clerk of the U.S. Bankruptcy Court,

        900 Market Street
        Suite 400
        Philadelphia, PA 19107

within 30 days from the date of this notice.

   3. In the absence of any objection, the Court may enter the Order of Discharge.

                                                   For The Court

                                                   Timothy B. McGrath
                                                   Clerk of Court

Dated: 9/18/18