**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | |
| | : | |
| **Margaret Ann Martinez** | : | **Case No.: 13-15628** |
| **Francisco Martinez, Jr.** | : | **Chapter 13** |
| | : | **Judge Magdeline D. Coleman** |
| **Debtor(s).** | : | * * * * * * * * * * * * * * * * * * * * * * * |
| | : | |
| | : | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

Karina Velter enters her appearance as counsel for Nationstar Mortgage LLC d/b/a Mr. Cooper, its successor and assigns ("Creditor") in the above referenced case. Please send all notices issued in this case to the undersigned at the address below.

                                                Respectfully submitted,

/s/ Karina Velter
Karina Velter, Esquire (94781)
Kimberly A. Bonner (89705)
Adam B. Hall (323867)
Sarah E. Barngrover (323972)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Karina Velter.
Contact email is kvelter@manleydeas.com

18-029928_PS

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | |
| | : | |
| **Margaret Ann Martinez** | : | **Case No.:** 13-15628 |
| **Francisco Martinez, Jr.** | : | **Chapter 13** |
| | : | **Judge Magdeline D. Coleman** |
| **Debtor(s).** | : | * * * * * * * * * * * * * * * * * * * * * * |
| | : | |
| | : | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Notice of Appearance and Request for Notices was served on the parties listed below via e-mail notification:

United States Trustee, Office of the U.S. Trustee, 833 Chestnut Street, Suite 500, Philadelphia, PA 19107

William C. Miller, Chapter 13 Trustee, P.O. Box 1229, Philadelphia, PA 19105

Alfred Abel, Attorney for Margaret Ann Martinez and Francisco Martinez, Jr., Alfred Abel Law Offices, P.O. Box 688, Abington, PA 19001, aa.law@alfredabellaw.com

The below listed parties were served via regular U.S. Mail, postage prepaid, on October 3, 2018:

Margaret Ann Martinez and Francisco Martinez, Jr., 1713 Fitzwatertown Road, Willow Grove, PA 19090

Margaret Ann Martinez and Francisco Martinez, Jr., 1713 Fitzwatertown Rd, Willow Grove, PA 19090

DATE:  October 3, 2018

/s/ Karina Velter
Karina Velter, Esquire (94781)
Kimberly A. Bonner (89705)
Adam B. Hall (323867)
Sarah E. Barngrover (323972)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor

18-029928_PS

The case attorney for this file is Karina Velter.
Contact email is kvelter@manleydeas.com

18-029928_PS