United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                      Case No. 13-15628-mdc
Margaret Ann Martinez                                                       Chapter 13
Francisco Martinez, Jr.
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2           User: Virginia              Page 1 of 1            Date Rcvd: Oct 26, 2018
                               Form ID: 195                Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 28, 2018.
db/jdb         +Margaret Ann Martinez,    Francisco Martinez, Jr.,   1713 Fitzwatertown Road,
                Willow Grove, PA 19090-4318

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 28, 2018                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 26, 2018 at the address(es) listed below:
              ALFRED     ABEL     on behalf of Debtor Margaret Ann Martinez aa.law@alfredabellaw.com,
               G22350@notify.cincompass.com
              ALFRED     ABEL     on behalf of Joint Debtor Francisco  Martinez, Jr. aa.law@alfredabellaw.com,
               G22350@notify.cincompass.com
              ANDREW F GORNALL    on behalf of Creditor   OCWEN LOAN SERVICING, LLC agornall@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              KARINA    VELTER    on behalf of Creditor   Nationstar Mortgage LLC d/b/a Mr. Cooper
               amps@manleydeas.com
              THOMAS I. PULEO    on behalf of Creditor   OCWEN LOAN SERVICING, LLC tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER   on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                             TOTAL: 8

**UNITED STATES BANKRUPTCY COURT**
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:                                                                                     : Chapter 13

Margaret Ann Martinez and Francisco Martinez, Jr.          : Case No. 13−15628−mdc
      Debtor(s)

### ORDER
_____

    AND NOW, this day , October 26, 2018 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

              By The Court

              Magdeline D. Coleman
              Judge , United States Bankruptcy Court